IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MAURICE LOGAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-1116-CV-W-DW |
| MERCK & CO., INC., | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant Merck & Co., Inc.'s ("Merck") Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. 3). Having considered Defendant Merck's Motion and for good cause shown, the Court hereby GRANTS said Motion and orders that this case shall be stayed in its entirety pending a decision by the Judicial Panel on Multidistrict Litigation regarding transfer of this case to the MDL proceeding that has been established in the Eastern District of Louisiana

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
District Court Judge

Date: November 14, 2005